# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-3826
_____

CHRISTA G. HARTLEY,

    Appellant,

    v.

BANK OF AMERICA, N.A., as
successor by merger to BAC
Home Loans Servicing, L.P.,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

June 5, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Sharon Delene Regan, Pensacola; and Gregory B. Wilhelm of Baybridge Law Firm, P.L.L.C., Gulf Breeze, for Appellant.

Jason F. Joseph of Gladstone Law Group, P.A., Boca Raton, for Appellee.